

UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF
OKLAHOMA

PAUL TAY,
     PETITIONER

V.

PAUL ZIRIAX,
EX REL STATE OF
OKLAHOMA ELECTION
BOARD, RESPONDENT.

22CV-039 GKF · JFJ

FILED
JAN 20 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

PETITION FOR WRIT OF MANDAMUS TO ENJOIN THE RESPONDENT FROM COUNTING VOTES CAST IN OKLAHOMA ELECTIONS HELD ON 19 MILLION ACRES OF INDIAN TERRITORY

COMES NOW, THE PETITIONER BRINGS THE ABOVE-STYLED CAUSE ON GROUNDS OF A FEDERAL QUESTION, "MAY THE RESPONDENT COUNT VOTES CAST IN OKLAHOMA ELECTIONS HELD ON INDIAN TERRITORY, WHERE TREATY STIPULATIONS RESTRICT THE POWER OF THE UNITED STATES TO INCLUDE THE LAND EMBRACED WITHIN INDIAN TERRITORY IN THE STATE OF OKLAHOMA?"

THE VENUE IS PROPER UNDER THE MANDAMUS ACT. THE PETITIONER ASSERTS ARTICLE III STANDING AS DECLARED CANDIDATE FOR OKLAHOMA GOVERNOR ENTITLED THIS COURT'S RULING ON WHETHER THE RESPONDENT, THE STATE OFFICIAL IN CHARGE OF COUNTING VOTES, IS ENJOINED FROM COUNTING VOTES CAST IN OKLAHOMA ELECTIONS HELD ON INDIAN TERRITORY.

(1)

## FINDINGS OF FACTS

Treaty stipulations of the Five Tribes on land embracing Indian Territory generally restrict the power of the United States to include Indian Territory in the state of Oklahoma.

She has continuously held her elections to include votes cast within Indian Territory.

Neither her enabling act nor constitution have affirmative express inclusive language that would allow the state to have governmental interests such as counting votes cast for state elections in Indian Territory.

## CONCLUSIONS OF LAW

The respondent lacks authority to count votes cast in Oklahoma elections held on Indian Territory.

Respectfully

Paul Tay
Petitioner
DOC# 1163908
David L Moss
300 N Denver
Tulsa, OK 74103

(2)